# Supreme Court of Kentucky

2018-SC-000290-DG

SEAN M. MAGUIRE                                                    APPELLANT

ON REVIEW FROM COURT OF APPEALS
V.               CASE NO. 2015-CA-000379-MR
HOPKINS CIRCUIT COURT NO. 05-CI-00835

JAMES WILLIAM CROOK                                               APPELLEE

## ORDER AFFIRMING

The vote of the six members of this Court participating in the determination of this appeal being equally divided, pursuant to SCR 1.020, the opinion of the Court of Appeals hereby stands affirmed.

Keller, Lambert, and Wright, JJ., would affirm the opinion of the Court of Appeals. Minton, C.J., Hughes, and VanMeter, JJ., would reverse the opinion of the Court of Appeals on other grounds. Nickell, J., not sitting.

ENTERED: August 20, 2020.

_____
CHIEF JUSTICE MINTON